58079. FLETCHER et al. v. RUSSELL et al.

QUILLIAN, Presiding Judge.
The decision of this court in *Fletcher v. Russell,* 151 Ga. App. 229 (259 SE2d 212), having been reversed by the Supreme Court on certiorari, see *Russell v. Fletcher,* 244 Ga. 854, the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Smith and Birdsong, JJ., concur.*

ARGUED JULY 9, 1979 — DECIDED FEBRUARY 11, 1980.

*Gary M. Sams, Frank J. Rhodes, Jr.,* for appellants.
*George P. Dillard,* for appellees.